AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| L.F and V.F., Individually and o/b/o J.F. <br> *Plaintiff* <br> v. <br> Englewood Board of Education <br> *Defendant* | ) <br> ) <br> ) Case No. 11cv05160 (DMC)(JAD) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   09/08/2011

*Attorney's signature*

Leonard A. Feiwus, Esq.
*Printed name and bar number*

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
*Address*

lfeiwus@kasowitz.com
*E-mail address*

(212) 506-1785
*Telephone number*

(212) 506-1800
*FAX number*