Leonard A. Feiwus, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1785 (Office)
(212) 506-1800 (Facsimile)
lfeiwus@kasowitz.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------- X
L.F. and V.F., Individually and as Parents on :
Behalf of J.F.,
                                              :   **CASE NO. 11cv05160(DMS)(JAD)**
            *Plaintiffs,*
                                              :   **(Electronically Filed)**
        v.
                                              :   **NOTICE OF DISMISSAL**
ENGLEWOOD BOARD OF EDUCATION,
                                              :
            *Defendant.*
                                              :
------------------------------------- X

PLEASE TAKE NOTICE that, no answer or summary judgment motion having been filed in this matter on behalf of defendant, plaintiffs L.F. and V.F., Individually and as Parents on Behalf of J.F., hereby dismiss this action with prejudice, each side to bear its own costs and attorneys' fees, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: August 23, 2012

                              KASOWITZ, BENSON, TORRES
                              & FRIEDMAN LLP

                              By: _____
                                  Leonard A. Feiwus

                              1633 Broadway
                              New York, NY 10019
                              (212) 506-1785
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Notice of Voluntary Dismissal was served this 23rd day of August, 2012, via first class mail upon the following persons:

>Margaret A. Miller, Esq.
>Weiner Lesniak LLP
>629 Parsippany Rd.
>P.O. BOX 438
>Parsippany, NJ 07054
>Attorneys for Defendant
>mmiller@weinarlesniak.com

_____
Leonard A. Feiwus, Esq.