**CLOSED**

| | |
|---|---|
| L.F. and V.F., Individually and as Parents on behalf of J.F., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s) | |
| | Hon. Dennis M. Cavanaugh |
| vs. | Civil Action No. 11cv5160 (DMC)(JAD) |
| ENGLEWOOD BOARD OF EDUCATION, | <u>VOLUNTARY DISMISSAL ORDER</u> |
| Defendant(s). | |

The Court having been advised by the attorneys for the Plaintiffs that they wish to discontinue the above entitled matter;

**It is on this 27th day of August, 2012**

**ORDERED THAT** the Complaint filed herein be and is hereby dismissed with prejudice as to all Defendants, and without costs to any party.

 S/ Dennis M. Cavanaugh
**DENNIS M. CAVANAUGH**
**United States District Judge**

Orig: Clerk of the Court
cc: Hon. Joseph A. Dickson, U.S.M.J.
     All Parties
     File